**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

v.

ANDREW DEME,
*Defendant*.

No. 3:17-cr-265 (JAM)

**TEMPORARY RESTRAINING ORDER**

The United States has moved for the entry of a restraining order concerning settlement
funds from a civil matter pending before the Florida state court.[1]  The United States has shown
that a temporary restraining order is necessary to preserve this asset.[2]  Accordingly, pursuant to
the All Writs Act, 28 U.S.C. § 1651,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1.  The Defendant, Andrew Deme, Waters Club Holdings, Inc., and Waters Club
    Worldwide, Inc., and those acting in concert with them or on their behalf, their attorneys,
    and any other agents, are hereby enjoined from releasing, transferring, or disposing of
    any settlement funds in the matter of *Waters Club Holdings, Inc., et al. v. Charles
    Pearlman, et al.*, Docket No. CACE-18-029342, a civil matter pending in the Circuit
    Court of the Seventeenth Judicial Circuit In and For Broward County, Florida.

2.  The United States shall serve a copy of this Order upon the Defendant, Andrew Deme, all
    counsel of record in *Waters Club Holdings, Inc., et al. v. Charles Pearlman, et al.*,
    Docket No. CACE-18-029342, and the Clerk of Court for the Seventeenth Judicial
    Circuit In and For Broward County, Florida on or before September 8, 2021.

[1] Doc. #61.
[2] *See* Doc. #43.

3. This restraining Order shall remain in effect for 21 days until **September 24, 2021** subject to renewal upon motion of the Government and subject to an opportunity of Deme or other interested parties to file a response.

4. The Government shall ensure that a copy of this order is served not later than **September 7, 2021** on defendant Andrew Deme and other interested parties.

5. The Court shall conduct a telephonic status conference at **3:30pm on September 10, 2021** to set a calendar for further proceedings.

It is so ordered.

Dated at New Haven, Connecticut this 3rd day of September 2021.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge